NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

ROBERT ZINK
Chief, Fraud Section
DANIEL J. GRIFFIN
Assistant Chief
ROBYN N. PULLIO
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
     4811 Airport Plaza Drive, 5th floor
     Long Beach, California 90815
     Telephone: (202) 774-7985 (Griffin
               (202) 365-6897 (Pullio)
     E-mail: Daniel.Griffin3@usdoj.gov; Robyn.Pullio@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00420-SJO |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE COUNT FIVE OF THE FIRST SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ALEKSANDR SURIS and MAXIM SVERDLOV, | |
| Defendants. | Trial Date: August 6, 2019<br>Trial Time: 9:00 a.m.<br>Courtroom:  10C |

   Plaintiff United States of America, by and through its counsel of record, the Fraud Section of the Department of Justice, hereby submits its Motion to Dismiss Without Prejudice Count Five of the First Superseding Indictment ("FSI") Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure against defendants Aleksandr Suris and Maxim Sverdlov, in the interests of justice.

     Federal Rule of Criminal Procedure 48(a) provides that the

government "may, with leave of court, dismiss an indictment, information, or complaint."  Based on its assessment of witness availability during preparation for the trial set in this matter on August 6, 2019, the government has re-evaluated Count Five of the FSI.  Since the FSI was filed on June 5, 2018, certain witnesses pertinent to the proof of Count Five have either passed away or become otherwise unavailable to testify due to poor health. Accordingly, the government submits that the interests of justice would be best served by dismissing Count Five without prejudice, as the government does not believe it will be able to prove defendants' guilt beyond a reasonable doubt.

Dated: August 5, 2019           Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____
                                DANIEL J. GRIFFIN
                                Assistant Chief
                                ROBYN N. PULLIO
                                Trial Attorneys
                                Fraud Section, Criminal Division
                                United States Department of Justice

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA